Filing # 257312576 E-Filed 09/17/2026 03:22:34 PM

**IN THE CIRCUIT COURT OF THE TWENTIETH JUDICIAL CIRCUIT**
**IN AND FOR LEE COUNTY, FLORIDA**
**CIVIL DIVISION**

**ALTAGRACIA ROHTTIS VILLAMAN,**

**CASE NO.:**

**Plaintiff,**

**vs.**

**COSTCO WHOLESALE CORPORATION, a Foreign Profit Corporation,**

**Defendants. /**

**COMPLAINT AND DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiff, ALTAGRACIA ROHTTIS VILLAMAN, by and through the undersigned counsel, and sues Defendant, COSTCO WHOLESALE CORPORATION, a Foreign Profit Corporation alleging as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this matter in that it is an action for damages that exceed Fifty Thousand Dollars ($50,000.00).
2. Venue is proper in Lee County as the subject property is located in Lee County, Florida.

**GENERAL ALLEGATIONS**

3. Defendant, COSTCO WHOLESALE CORPORATION, is now, and at all times herein mentioned was, a Washington Profit Corporation duly organized and existing under the laws of Florida and duly authorized and licensed to do business in the State of Florida.
4. On or about September 2, 2025, Defendant COSTCO WHOLESALE CORPORATION, owned, operated, managed and/or controlled the subject premises located at 7171 Cypress Lake Drive, Fort Myers, Lee County, Florida, that was open to the general public.
5. At all times material to this cause of action, Plaintiff, ALTAGRACIA ROHTTIS VILLAMAN, was a patron of the wholesale club, and therefore was upon the premises as a business invitee.
6. On or about September 2, 2025, Plaintiff, ALTAGRACIA ROHTTIS VILLAMAN, was injured when she fell on a liquid substance on the flooring at the subject premises.

7. The liquid substance constituted an unreasonably dangerous condition and there were no warning signs to alert patrons of the dangerous condition.

## NEGLIGENCE OF COSTCO WHOLESALE CORPORATION

Plaintiff realleges paragraphs one (1) through seven (7) as fully set forth herein and further alleges:

8. At all times material to this cause of action, Defendant, COSTCO WHOLESALE CORPORATION, as owner, operator, and/or manager, or entity in actual control of said premises, had a duty of reasonable care to maintain the premises in a reasonably safe condition for the safety of invitees on the premises.
9. Defendant, COSTCO WHOLESALE CORPORATION, its agents, servants and/or employees, acted negligently by failing to exercise reasonable care by, among other things:
    a. Failing to provide a safe place for their invitees;
    b. Creating an unreasonably dangerous condition;
    c. Carelessly and negligently permitting and allowing a condition to remain on the premises which involved unreasonable risk of harm to another person;
    d. Failing to inspect, discover and correct the aforementioned dangerous condition;
    e. Carelessly and negligently failing to take reasonable precautions to guard or protect Plaintiff against said dangerous or hazardous condition; and,
    f. Failing to properly warn Plaintiff of the dangerous condition or to provide proper protection against the same.
10. Defendant, COSTCO WHOLSALE CORPORATION, knew, or in the exercise of reasonable care should have known, of the existence of the dangerous or hazardous condition as described above, and Defendant was negligent in not eliminating said dangerous condition.
11. As a result, Plaintiff, ALTAGRACIA ROHTTIS VILLAMAN, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, aggravation of a pre-existing condition, loss of earnings, loss of ability to earn in the future, and medical care and treatment. The losses are permanent and continuing in nature and the Plaintiff will suffer such losses in the future.

WHEREFORE, Plaintiff, ALTAGRACIA ROHTTIS VILLAMAN, sues the Defendant, COSTCO WHOLESALE CORPORATION, for compensatory damages in an amount in excess of

Fifty Thousand Dollars ($50,000.00), exclusive of interest, costs and attorney fees, and demands a trial by jury of all issues triable as of right by a jury.

**GOLDSTEIN, BUCKLEY,**
**CECHMAN, RICE, PURTZ,**
**SMITH & SMITH, P.A.**
Attorneys for Plaintiff
P. O. Box 2366
Fort Myers, Florida 33902
(239) 334-1146
KLSservice@gbclaw.com
KLS@gbclaw.com

By: KRISTIN L. STOCKS
Florida Bar No. 46790